PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-0082 CKD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| MARTIN GASCA-ROJAS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to File Partially Redacted Documents, IT IS HEREBY ORDERED that the criminal complaint pertaining to defendant Martin Gasca-Rojas, and Government's Request to Seal shall be SEALED until further order of this Court, and that the proposed partially redacted version of the complaint attached as Exhibit 1 to this Order shall be publicly filed.

It is further ordered that access to the sealed documents shall be limited to the Government and the Court.

The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the complaint and filing a partially redacted versoin serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests

FILED
MAY 18 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

identified by the Government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the the complaint and publicly filing the partially redacted complaint that would adequately protect the compelling interests identified by the Government.

Dated: 5/18/2017

_____
THE HONORABLE CAROLYN K. DELANEY
UNITED STATES DISTRICT JUDGE